UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re: Charles E. Williams  
SS#:   -2650

Case No.: 18-25740-MAM  
Chapter 13

Debtor(s).
_____/

OBJECTION TO CLAIM #1
(U.S. Bank Trust National Association as Trustee of the Chalet Series IV Trust)
ON SHORTENED NOTICE

*IMPORTANT NOTICE TO CREDITOR: THIS IS AN OBJECTION TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the debtor objects to the following claim filed in this case:

1. Wells Fargo Bank, NA has filed a Proof of Claim (Claim #1) regarding a mortgage on Debtor's homestead. Claim #1 alleged a pre-petition arrearage in the amount of $41,670.92, which Debtor proposed to cure in his confirmed 1st Amended Chapter 13 Plan. Thereafter, Wells Fargo transferred its interest in the debt underlying Claim #1 to U.S. Bank Trust National Association as Trustee of the Chalet Series IV Trust. SN Servicing Corporation is the loan servicer designated by US Bank Trust National Association in regard to this loan (DE#24).

2. On or about November 23, 2019, SN Servicing Corporation, on behalf of U.S. Bank Trust National Association as Trustee of the Chalet Series IV Trust sent Debtor an Escrow Closing Notice, therein informing

Debtor that SN Servicing Corporation was closing the escrow account associated with the above-referenced mortgage. The Notice further informed Debtor that the escrow account had a balance of $2,654.94, which funds "have been retained as the loan is delinquent." A true and correct copy of the Escrow Closing Notice is attached hereto as Exhibit "A."

3. Debtor asserts that said funds should be applied toward the pre-petition arrears owed on the subject mortgage held by U.S. Bank Trust National Association as Trustee of the Chalet Series IV Trust and serviced by SN Servicing Corporation, thereby reducing the arrears to be cured through the Debtor's plan to $39,015.98.

**WHEREFORE** the Debtor respectfully requests that this Court enter an Order sustaining the Objection to Claim #1, finding that the $2,654.94 escrow balance as of the date of closing out of Debtor's escrow account shall be applied toward the petition-date arrears owed on the loan, finding that the adjusted arrears to be cured through Debtor's plan is $39,015.98 after application of the $2,654.94 escrow balance, and providing such other and further relief as the Court may deem just and proper.

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 calendar days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to: **Robin R. Weiner**, Trustee, P.O. Box 559007, Ft. Lauderdale, FL 33355-9007, **A.U.S.T.**, 51 SW First Avenue, Room 1204, Miami, FL 33130; Wells Fargo Bank, NA, Default Document Processing, MAC# N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700; U.S. Bank Trust National Association as Trustee, of the Chalet Series IV Trust, c/o

SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501; SN Servicing Corporation, Attn.: Robin P. Arkley, II (Pres./Sec.), 13702 Coursey Blvd., Bldg 1A, Baton Rouge, LA 70817; The Prentice-Hall Corporation System, Inc. as Registered Agent for SN Servicing Corporation, 1201 Hays Street, Tallahassee, FL 32301; U.S. Bank Trust, N.A., Richard K. Davis, CEO, U.S. Bancorp Center, 800 Nicollet Mall, Minneapolis, MN 55402; by U.S. Mail 1st Class this ___ day of January, 2020.

HOSKINS & TURCO, P.L.
By: Colin V. Lloyd, Esquire
Florida Bar No.:0165182
302 South Second Street
Fort Pierce, FL 34948
(772) 464-4600
(772) 465-4747  fax



**SN SERVICING CORPORATION**

323 Fifth Street, Eureka, CA 95501
P.O. Box 35, Eureka, CA 95502
Toll free Phone: 800-603-0836   Fax: 707-443-1562
8:00am – 5:00pm PST
Main Office NMLS #5985   Branch Office NMLS #9785

## Escrow Closing Notice

November 23, 2019

Charles E Williams
PO BOX 1947
Fort Pierce FL 34954

Account #/Loan #        5082
Property Address: 1711 South 27th Street, Fort Pierce FL 34947
As of 11-22-2019 you will no longer have an escrow account (also called an "impound" or "trust" account) because:
- ☐ you asked us to close it.
- ☒ we are closing it due to status of your loan (see tables below for escrow balance).
- ☒ other: Due to your current Bankruptcy Plan.

**After this date, you must directly pay your homeowner's insurance and property taxes, possibly in one or two large payments a year.**

| Cost to You | |
|---|---|
| **Escrow Closing Fee** *For closing your escrow account* | $0.00 |
| **Deficit Balance Due** *For taxes and/or insurance paid on your behalf* | ($0.00) *To be paid at a later date.* |

| Refund | |
|---|---|
| **Escrow Balance** *Escrow collected but not paid out* | $2,654.94- These funds have been retained as the loan is delinquent and Force Placed insurance is currently assessing to your loan. |

*In the future,*

If you fail to pay your property taxes, your state or local government may (1) impose fines and penalties or (2) place a tax lien on this property.

If you fail to pay any of your property costs, we may (1) add the amounts to your balance, (2) add an escrow account to your loan, or (3) require you to pay for property insurance that we buy on your behalf, which likely would cost more and provide fewer benefits than what you could buy on your own.

Call <u>Megan Lynch at 800-603-0836 ex. 2667</u> with any questions about the closing of your escrow account.
- ☒ We do not offer you the option of keeping the escrow account on your loan.
- ☐ Contact us by *(date)* if you want to keep the escrow account on your loan.

As of your <u>07-01-2019 due date</u>, your new payment amount will be:
- ☒ <u>$730.40,</u> Principal and interest only.
- ☐ <u>$0.00</u> for Principal and interest plus the negative escrow repayment.

YOU ARE HEREBY NOTIFIED THAT SN SERVICING CORPORATION, ITS EMPLOYEES, AGENTS AND ATTORNEYS ARE ATTEMPTING TO COLLECT THIS DEBT. ANY INFORMATION THAT WE OBTAIN WILL BE USED FOR THAT PURPOSE. IF YOU HAVE PREVIOUSLY RECEIVED A DISCHARGE IN BANKRUPTCY AND THIS DEBT WAS NOT REAFFIRMED, THIS CORRESPONDENCE IS NOT AND SHOULD NOT BE CONSTRUED TO BE AN ATTEMPT TO COLLECT SUCH A DEBT AS YOUR PERSONAL LIABILITY, BUT IS INSTEAD A STEP IN THE ENFORCEMENT OF A MORTGAGE LIEN AGAINST YOUR PROPERTY.

Para información en español llame al (800) 603-0836 ext 2660

Exhibit "A"